# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

July 26, 2017

*Via ECF*
The Honorable Anne Y. Shields
United States Magistrate Judge for
the Eastern District of New York
100 Federal Plaza, Court Room 830
Central Islip, New York 11722

    Re:    *Shaun M. Malone (SM 1543)*

Dear Judge Shields:

    We submit this correspondence to advise that Shaun M. Malone is no longer employed with our Firm. We respectfully request that you remove him from the docket immediately on *John Portilla v. Bridgehampton Stone., et al., Docket No: 17-CV-2549 (JMA)(AYS)*.

    Should you have any questions or concerns, please contact the undersigned.

                                              Respectfully submitted,

                                              Michael J. Borrelli, Esq.
                                               *Managing Member*