# BORRELLI & ASSOCIATES

## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

April 10, 2019

<u>Via ECF</u>
The Honorable Cheryl L. Pollak
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *John Portilla v. Bridgehampton Stone, Inc., et al.,*
          <u>Docket No.: 17-cv-2549 (AMD)(CLP)</u>

Dear Judge Pollak:

    We submit this correspondence to advise the Court that Dong Phuong V. Nguyen, Esq. (DN 7326) and Geoffrey Luan, Esq. (GL 0828) are no longer employed with our Firm. We respectfully request that the Court remove them from the docket in this matter.

    We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      Michael J. Borrelli, Esq. (MB 8533)
                                          *For the Firm*